PD−0520−15

PD-0520-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/4/2015 11:05:06 AM
Accepted 5/4/2015 3:53:42 PM
ABEL ACOSTA
CLERK

CAUSE NO. _____

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS

\* \* \* \* \*

**SHARON DENISE JACKSON, Petitioner / Appellant**

**v.**

**THE STATE OF TEXAS, Respondent / Appellee**

\* \* \* \* \*

**On Petition from a Decision of the Court of Appeals
for the Fifth District of Texas, Dallas Division
in Cause No. 05-14-00283-CR**

---

**MOTION TO EXTEND TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

---

FILED IN
COURT OF CRIMINAL APPEALS

May 4, 2015

ABEL ACOSTA, CLERK

TOM PAPPAS
BURLESON PATE & GIBSON, L.L.P.

900 Jackson Street, Suite 330
Dallas, Texas  75202
Telephone:  (214) 871-4900
Facsimile:  (214) 871-7543
Email: tpappas@bp-g.com

COUNSEL FOR
PETITIONER/APPELLANT
SHARON DENISE JACKSON

1

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, SHARON DENISE JACKSON, Petitioner herein, and Appellant before the Court of Appeals for the Fifth District of Texas at Dallas, Texas, and files her Motion to Extend Time to File Petition for Discretionary Review.

I.

On April 1, 2015, the Court of Appeals for the Fifth District of Texas, Dallas Division issued its Judgment and Opinion in Cause 05-14-00283-CR. The Petitioner/Appellant has not filed a motion for rehearing or en banc reconsideration with the Court of Appeals for the Fifth District of Texas, Dallas Division.

II.

The deadline for Petitioner/Appellant to file her Petition for Discretionary Review is May 1, 2015. Undersigned counsel has been in two (2) jury trials in the 30 days since April 1, 2015. Counsel needs additional time to work with the Petitioner/Appellant in preparing the Petition for Discretionary Review.

III.

Therefore, the Petitioner/Appellant respectfully requests that this Court pursuant to T.R.App.P. Rule 68.2(c) grant an extension of time to file the Petition for Discretionary Review to May 18, 2015, fifteen (15) days after the last day for filing the Petition.

## **PRAYER FOR RELIEF**

The Petitioner respectfully prays that this Court grant this Motion to Extend Time to File Petition for Discretionary Review to May 18, 2015.

Respectfully submitted,

BURLESON PATE & GIBSON, L.L.P.

*/s/ Tom Pappas*

_____

TOM PAPPAS
TEXAS BAR CARD NO.15455300

900 Jackson Street, Suite 330
Dallas, Texas  75202
Telephone:  (214) 871-4900
Facsimile:  (214) 871-7543
Email: tpappas@bp-g.com

COUNSEL FOR
PETITIONER/APPELLANT
SHARON DENISE JACKSON

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was delivered by placing same in the United States Mail via U.S. First Class mail to the following:

Mr. G. Brian Garrison                                    Ms. Lisa M. McMinn
Dallas County District Attorney                    State Prosecuting Attorney
133 N. Riverfront Blvd., LB 19                     P.O. Box 13046
Dallas, Texas 75207                                     Austin, Texas 78711

DATED the 1st day of May, 2015.

*/s/ Tom Pappas*

_____

TOM PAPPAS

3